# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    May 29, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                            CIVIL 96-2405CCC

LYDIA E. SANTIAGO
a/k/a LYDIA ESTHER SANTIAGO-NIEVES

Defendant

By order of the Court the Notice to the Court and Request to Close File for Any Administrative Purpose filed by the United States of America on May 23, 2002 (**docket entry 12**) is NOTED. The request to close file is DENIED since Judgment by Default was entered on March 17, 1997 (see docket entry 5) and this case was in the phase of execution before the filing of the bankruptcy proceedings. There is no need to close it again. Parties to be notified.

s/c: Z. Vargas                ~~  - Secretary

MAY 31 2002